## ADVANCEME, INC., Plaintiff–Appellant,

v.

## RAPIDPAY, LLC, Defendant,

and

## Merchant Money Tree, Inc. and Reach Financial, LLC, Defendants–Appellees.

No. 2008–1036.

United States Court of Appeals, Federal Circuit.

May 15, 2008.

Michael N. Edelman, Paul, Hastings, Janofsky & Walker LLP, of Palo Alto, CA, argued for plaintiff-appellant. With him on the brief was Ronald S. Lemieux. Of counsel was Douglas E. Olson. Of counsel on the brief was Parris J. Sanz, Capital Access Network, Inc., of Scarsdale, NY.

Willem G. Schuurman, Vinson & Elkins L.L.P., of Austin, TX, argued for defendants-appellees. With him on the brief were Brian K. Buss, Joseph D. Gray, Graham E. Sutliff, and R. Floyd Walker.

Before NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and SCHALL, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.